IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                    No. CIV S-06-1629 GEB KJM P

    vs.

OFFICER K. WANN, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 9, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claims for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his First Amendment–Free Exercise Clause claims and his Eighth Amendment denial of medical care claim against defendant Wann. Therefore, the court will order service of process upon defendant Wann. With respect to the other defendants and claims identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Service is appropriate for defendant Wann.

3    2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

4 an instruction sheet and a copy of the amended complaint filed April 20, 2007.

5    3. Within thirty days from the date of this order, plaintiff shall complete the

6 attached Notice of Submission of Documents and submit the following documents to the court:

7    a. The completed Notice of Submission of Documents;

8    b. One completed summons;

9    c. One completed USM-285 form; and

10    d. Two copies of the endorsed amended complaint filed April 20, 2007.

11    4. Plaintiff need not attempt service on defendant Wann and need not request

12 waiver of service.  Upon receipt of the above-described documents, the court will direct the

13 United States Marshal to serve defendant Wann pursuant to Federal Rule of Civil Procedure 4

14 without payment of costs.

15 DATED:  October 23, 2007.

_____
U.S. MAGISTRATE JUDGE

1
wils1629.1(4.20.07)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                     No. CIV-06-1629 GEB KJM P

    vs.

OFFICER K. WANN, et al.,         <u>NOTICE OF SUBMISSION</u>

      Defendants.                <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 form

      _____ copies of the _____
                             Amended Complaint

DATED:

                                            _____
                                            Plaintiff