IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                      No. CIV S-06-1629 GEB KJM P

      vs.

OFFICER K. WANN, et al.,

      Defendant.                <u>ORDER</u>

/

        On February 8, 2008, plaintiff filed a motion for summary judgment. In light of the fact that defendant Wann's motion to dismiss stands submitted to the court and the fact that there has been no discovery in this case, plaintiff's motion (docket no. 19) is denied without prejudice to renewal no earlier than thirty days after defendant Wann files his answer.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

1
wils1629.msj

1