IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                    No. CIV S-06-1629 GEB KJM P

    vs.

OFFICER K. WANN, et al.,

      Defendants.              <u>ORDER</u>

/

        Plaintiff is a California prisoner proceeding pro se and in forma pauperis with an action for violation of civil rights under 42 U.S.C. § 1983. He requests that the court issue sanctions against "defendants" because he was denied access to legal materials for a period of time. Plaintiff presents no valid basis for sanctions as it is not even clear that defendant Wann, the only remaining defendant in this action, denied plaintiff access to legal materials. His request (#33) is denied.

DATED: June 18, 2008.

                                                      U.S. MAGISTRATE JUDGE

1
wils1629.57